UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

Anthony Cook

          Plaintiff,

          v.

City of New York

          Defendants.
-------------------------------------------------------x

NOTICE OF LIMITED SCOPE
APPEARANCE OF *PRO BONO*
COUNSEL

1:18-cv-00809-GHW

To the Clerk of this Court and all parties of record:

Enter my appearance as *pro bono* counsel in this case on behalf of Anthony Cook, for the limited purpose of providing advice and representation in a settlement conference and/or mediation through the Southern District's Alternative Dispute Resolution Program. I certify that I am admitted to practice in this Court. I have undertaken this representation at the request of the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants.

Dated: Feb. 28, 2018

New York, New York

Respectfully,

BETH E. GOLDMAN, ESQ.
New York Legal Assistance Group
7 Hanover Square, 18th Floor
New York, New York 10004

_____
Philip Barber, of Counsel
Attorney for Anthony Cook

NYLAG Clinic for Pro Se Litigants
Room LL22, 40 Foley Square
New York, NY 10007
Phone: 212.659.6190
Fax: 212.714.2050
Email: pbarber@nylag.org