UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANTHONY B. COOK                                    :
                                                   :
                    Plaintiff,                     :
                                                   :
        -against-                                  :     18____ Civ. 809_____ ( GHW ) ( ____ )
                                                   :
                                                   :     NOTICE OF LIMITED APPEARANCE
                                                   :     OF *PRO BONO* COUNSEL
CITY OF NEW YORK                                   :
                                                   :
                    Defendant.                     :
-------------------------------------------------------X

To the Clerk of this Court and all parties of record:

   Enter my appearance as *pro bono* counsel in this case on behalf of:

   ANTHONY B. COOK, PLAINTIFF _____ [party]

   for the limited purpose of TAKING AND DEFENDING DEPOSITIONS _____. I certify

that I am admitted to practice in this Court.


October 17, 2018                              /s/ David Kumagai
_____                              _____
Date                                          Signature

                                              David Kumagai              DK-8866
                                              _____           _____
                                              Print Name                 Bar No.

                                              825 Eighth Avenue
                                              _____
                                              Address

                                              New York, NY 10019
                                              _____
                                              City         State       Zip Code

                                              212-474-1134
                                              _____
                                              Phone No.              Fax. No.

                                              dkumagai@cravath.com
                                              _____
                                              Email Address